# Court of Appeals
# of the State of Georgia

ATLANTA,   October 02, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1840. TIFFANY & TOMATO INC. ET AL. v. ATHENS-CLARKE COUNTY BOARD OF TAX ASSESSORS ET AL.

Tiffany & Tomato Inc. and four other taxpayers filed this action against the Athens-Clarke County Board of Tax Assessors and its members, seeking declaratory and mandamus relief in connection with their separate tax appeals. The trial court denied the taxpayers' petition. From that order, the taxpayers have appealed to this court.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). "Mandamus is an extraordinary remedy to compel a public officer to perform a required duty when there is no other adequate legal remedy." (Punctuation and citation omitted.) *Bland Farms, LLC v. Georgia Department of Agriculture*, 281 Ga. 192, 193 (637 SE2d 37) (2006). Although the taxpayers' action was not styled as one for mandamus relief, we are mindful that substance controls over nomenclature. *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010). Because the order on appeal appears to resolve a claim for mandamus, this appeal is hereby ***TRANSFERRED*** to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 10/02/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*